# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ARMEN CHARMAHALI,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | No. 5:26-cv-00200-SSS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Armen Charmahali. No party filed objections to the Report and Recommendation within the time permitted. (ECF 31.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition is **granted** as to Claim One;

3. Claim Two is denied as moot;

4. The relief provided in the TRO is made permanent: namely, Respondents may not re-detain Petitioner unless they comply with 8 C.F.R. § 241.13(i) (permitting detention if "on account of changed

circumstances, the Service determines that there is a significant likelihood that the alien may be removed in the reasonably foreseeable future"); and

5. The Court Clerk shall serve this Order and Judgment on all counsel or parties of record.

DATED: April 27, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2