JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

ARMEN CHARMAHALI,

        Petitioner,

    v.

KRISTI NOEM, et al.,

        Respondents.

No. 5:26-cv-00200-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One. Respondents may not re-detain Petitioner unless they comply with 8 C.F.R. § 241.13(i) (permitting detention if "on account of changed circumstances, the Service determines that there is a significant likelihood that the alien may be removed in the reasonably foreseeable future").

DATED: April 27, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE